**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 12-1986

ALMIA J. MCCRIEF,

            Plaintiff - Appellant,

      v.

WACHOVIA BANK, a/k/a Wells Fargo Bank; BANK OF AMERICA,

            Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Charleston.   Margaret B. Seymour, Chief
District Judge.   (2:12-cv-00072-MBS-BHH)

Submitted:  December 20, 2012       Decided:  December 26, 2012

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Dismissed by unpublished per curiam opinion.

Almia J. McCrief, Appellant Pro Se.   Trudy Hartzog Robertson,
MOORE & VAN ALLEN, PLLC, Charleston, South Carolina; R. Michael
Ethridge, John T. Floyd, CARLOCK, COPELAND, SEMLER & STAIR, LLP,
Charleston, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Almia J. McCrief seeks to appeal the district court's orders denying his motions seeking recusal of the district court and magistrate judges and to remand his case to state court. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The orders McCrief seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED